AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| SECURITIES OF EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CV-10023-PBS |
| DAVID SCHOTTENSTEIN ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, David Schottenstein.

Date: 01/06/2022

/s/ Richard Cipolla
*Attorney's signature*

Richard Cipolla (697153)
*Printed name and bar number*

Roche Freedman LLP
470 Atlantic Ave., 4th Floor
Boston, MA 02210

*Address*

rcipolla@rochefreedman.com
*E-mail address*

(646) 791-6881
*Telephone number*

(646) 392-8842
*FAX number*

**CERTIFICATE OF SERVICE**

    I, Richard Cipolla, hereby certify that on January 6, 2022, a true and correct copy of the foregoing was served via ECF on all registered participants.

                                                      */s/ Richard Cipolla*
                                                      Richard Cipolla