**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Securities and Exchange Commission
　　　Plaintiff

　　　　　　　　　　　　　　　　　CA No. 22-10023-PBS

　　　　　v.

　David Schottenstein, et.al
　　　Defendants

**SARIS, DJ**

## ORDER OF ADMINISTRATIVE CLOSURE

　　　It is hereby ordered that the above-entitled case is administratively closed pending the criminal prosecution and to avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

　　　The above-entitled action is hereby administratively closed to the right of any party to restore it to the active docket if there is a discovery dispute.

　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　Robert M. Farrell
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　/s/ C. Geraldino-Karasek
　　　　　　　　　　　　　　　　Deputy Clerk

Dated: February 24, 2022